AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF _____DELAWARE_____

UNITED STATES OF AMERICA

v.

HADIATOU BARRIE

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 06-115M-2-MPT/USDC/DE

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __EASTERN__ District of __NEW YORK__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) ARRAIGNMENT COURT, 2ND FLOOR
U.S. DISTRICT COURT
225. EAST CADMAN PLAZA
BROOKLYN, NY 11201
on __OCTOBER 6, 2006 @ 2:00pm__

*Place and Address* / *Date and Time*

FILED
OCT 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_/s/_ *Signature of Judicial Officer*

__OCTOBER 3, 2006__
*Date*

HON. MARY PAT THYNGE, USMJ.
*Name and Title of Judicial Officer*