OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



October 4, 2006

UNITED STATES OF AMERICA

    v.                         MAGISTRATE NO. 06-115M-2-MPT

Hadiatou Barrie
a/k/a Hadiatou Jalloh

I hereby acknowledge receipt of the following documents: ~~U.S.~~ Republic of Guinea Passport No. 124436 issued on June 17, 1999. Expiration date June 16, 2~~00~~ 2004 issued to above defendant.

FILED
OCT 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

10-4-2006
DATE

Donna M. Seninger
DEPUTY CLERK