OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

October 6, 2006

United States District Court
Eastern District of New York
Attn: Clerk of Court
118S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 12 2006 ★

BROOKLYN OFFICE

Re: USA v. Barrie, et al
Case Number: 06-115M (MPT)
Charging District Case Number:

**Dear Clerk:**

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

*Evette Watson*

E. Evette Watson
Deputy Clerk

eew
enclosure

**I hereby acknowledge receipt of the record in the above referenced case on** _____.
 (date)

_____F. U._____
          Signature  Felix Chin

__Deputy Clerk__
         Title